IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No.  05-cv-0740-MJR |
| | ) |
| JENNIFER E. MINNER, | ) |
| f/k/a JENNIFER E. UNTERBRINK, | ) |
| | ) |
| Defendant. | ) |

**ORDER CONFIRMING**
**UNITED STATES MARSHAL'S REPORT OF SALE**

REAGAN, District Judge:

United States Marshal Don Slazinik was appointed by this Court to sell and to carry into effect the March 2006 "Order Directing Sale of Mortgaged Property."  He now has reported to the undersigned Judge on the proceedings.  The Court having examined that report FINDS that the United States Marshal has in every respect proceeded in accordance with the terms of the Order Directing Sale of Mortgaged Property and that the sale was fairly made.  Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the proceedings of the sale and report of said United States Marshal are hereby approved and confirmed.

DATED this  9th day of July 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge